467 A.2d 44

Commonwealth v. Hoover, Appellant.

Submitted April 27, 1983. John J. Fioravanti, Jr., Assistant Public Defender, for appellant; William F. Merz, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, WIEAND and POPOVICH, JJ.

Judgment of sentence affirmed.

467 A.2d 44

Commonwealth v. James, Appellant.

Submitted June 22, 1983. Charles H. Junod, Jr., for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

Judgment of sentence is affirmed.